# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNETTE C. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV452 |
| | ) | |
| V. | ) | |
| | ) | |
| 4 ACES KWIK STOP, FOUR ACES KWIK STOP, INC., FOUR ACES, INC., ROBERT C PLOURDE, and DOES 1-5, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED December 16, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**