**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JOHNETTE C. LEWIS,** | ) | **CASE NO. 8:15CV452** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF RECUSAL** |
| **v.** | ) | **REQUEST FOR REASSIGNMENT** |
| | ) | |
| **4 ACES KWIK STOP, FOUR ACES KWIK** | ) | |
| **STOP, INC., FOUR ACES, INC., ROBERT** | ) | |
| **C. PLOURDE, and DOES 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties in this matter, it is noted that the law firm representing the defendant is on the undersigned's recusal list. Therefore, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a) and requests that the matter be reassigned.

SO ORDERED.

DATED this 22nd day of February, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge