IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHNETTE C. LEWIS, | 8:15CV452 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| 4 ACES KWIK STOP, FOUR ACES KWIK STOP, INC., FOUR ACES, INC., ROBERT C. PLOURDE, AND DOES 1-5, | |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED that:

(1) On or before June 23, 2016, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) If the case cannot be fully resolved by June 23, 2016, on or before June 16, 2016, the parties shall contact my chambers and set a conference call to further discuss any remaining impediments to full and final resolution.

May 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge