IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNETTE C. LEWIS,<br><br>            Plaintiff,<br><br>vs.<br><br>4 ACES KWIK STOP, FOUR ACES KWIK STOP, INC., FOUR ACES INC., and ROBERT C. PLOURDE,<br><br>            Defendants. | 8:15-CV-452<br><br>JUDGMENT |

Upon the plaintiff's motion for dismissal with prejudice (filing 36), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 2nd day of August, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard